Adair F. Boroughs
United States Attorney
District of South Carolina
Winston D. Holliday, Jr.
Assistant United States Attorney
1441 Main St., Ste. 500
Columbia, SC 29201
Telephone: (803) 929-3079

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 3:22-739 |
| Plaintiff, | ) | |
| | ) | NOTICE OF EXPERT WITNESS |
| vs. | ) | UNDER RULE 16(a)(1)(G) |
| | ) | |
| JAMES P. SEIDEL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, United States of America, by and through its undersigned Assistant United States Attorney, respectfully submits the following information/notice, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, of its intent to introduce expert testimony by United States' witness listed below and a summary of the anticipated testimony:

**Raymond N. Brown III –** Supervisory Attorney, COVID EIDL Servicing Center, United States Small Business Administration

o Summary: At trial, the United States anticipates that Mr. Brown will provide testimony regarding the Economic Injury Disaster Loan ("EIDL") program. Mr. Brown will testify about the EIDL program generally, which provides working capital in order to help small businesses meet their financial obligations and operating expenses following a disaster, until

NOTICE OF INTENT TO USE EXPERT TESTIMONY - 1

normal operations resume. Mr. Brown will also testify regarding the deployment of EIDL funding in the context of the COVID-19 Pandemic. Mr. Brown will testify regarding the EIDL application process, as well as allowable and prohibited uses of EIDL funding. Mr. Brown will also provide testimony regarding the term "working capital."

o Qualifications:  Mr. Brown's professional experience, education, training, and qualifications are fully listed within his CV, produced previously.

o Publications Authored in Previous Ten Years:  N/A

o Cases Testified as an Expert within the Previous Four Years: Mr. Brown has not provided testimony as an expert within the previous four years. However, the cases in which he has provided testimony are identified on his CV.

o Bases for Opinions: Mr. Brown has worked for the United States Small Business Administration in a capacity that involves Disaster Loans since 2006. In the roles he has held, he has become knowledgeable regarding Disaster Lending, including the regulations governing authorization and distribution of EIDL funds, as well as allowed and prohibited uses of EIDL funding.

Statement of Opinions:  Mr. Brown will testify that in the context of the COVID-19 Pandemic, an EIDL is a low-interest, fixed-rate, long-term loan to help overcome the effects of the pandemic by providing working capital to meet operating expenses, and that proceeds may be used as working capital to make regular payments for operating expenses, including payroll, rent/mortgage, utilities, and other ordinary business expenses.

Mr. Brown will testify that in order to be eligible to apply for an EIDL, a business must have suffered substantial economic injury as a direct result of a declared disaster, and that under the relevant SBA regulations, substantial economic injury is such that a business concern is unable to meet its obligations as they mature or to pay its ordinary and necessary operating expenses. Mr. Brown will testify that the SBA relies on information provided by an applicant when evaluating eligibility for EIDL funding and disbursing EIDL funding.

Mr. Brown will testify that a business can only use EIDL funding for working capital necessary until resumption of normal operations and for

NOTICE OF INTENT TO USE EXPERT TESTIMONY - 2

expenditures necessary to alleviate the specific economic injury, but not to exceed that which the business could have provided had the injury not occurred. Mr. Brown will testify that EIDL funds may not be used to expand the business.

Mr. Brown will also testify about prohibited uses of EIDL funding, including the purchase of cryptocurrency. Mr. Brown will testify that the use of EIDL funds to purchase a residence is a prohibited use of EIDL funding.

---

RAYMOND N. BROWN III
United States Small Business Administration

DATED this 15th day of June, 2023.

Adair F. Boroughs
United States Attorney

*s/ Winston D. Holliday, Jr.*
Assistant United States Attorney

NOTICE OF INTENT TO USE EXPERT TESTIMONY - 3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

<u>*s/Winston D. Holliday, Jr.*</u>
Assistant United States Attorney

NOTICE OF INTENT TO USE EXPERT TESTIMONY - 4