## UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

## COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO. 3:22-739

JAMES PAUL SEIDEL

## PLEA

The Defendant, JAMES PAUL SEIDEL, acknowledges receipt of a copy of the Information

and after arraignment pleads GUILTY in open court.

_____
(Signed)     Defendant

Columbia, South Carolina
July 25, 2023