IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**COLUMBIA DIVISION**

CASE NO: **3:22-CR-0739**

UNITED STATES OF AMERICA,

vs.

**JAMES P. SEIDEL**

CONSENT MOTION FOR CONTINUANCE

DEFENDANT.

---

Comes now, the Defendant above-named, by and through undersigned counsel, and files this Consent Motion for Continuance.   The Sentencing Hearing is currently scheduled for December 5, 2023.   In support of this request, counsel would represent that Mr. Seidel is currently undergoing substantial ongoing medical issues.   As such, counsel would respectfully request that this matter be continued for a period of thirty days.   Given the inherent uncertainty of this medical process, counsel would also request that he be afforded the opportunity to provide an update to the court regarding his condition on or before January 8, 2024.

Moreover, undersigned counsel has conferred with the Assistant U.S. Attorney, and he consents to the requested continuance.

Respectfully submitted,

 s/ Jason P. Peavy_____

Jason P. Peavy

Law Office of Jason P. Peavy
1529 Laurel Street
Columbia, SC 29201
Jason@peavylaw.com
(803) 799-2643

ATTORNEY FOR THE DEFENDANT
FEDERAL ID #: 7900

Columbia, South Carolina

November 19, 2023

I CONSENT:

S/ Winston Holliday
Winston Holliday
Assistant United States Attorney